FILED
August 31, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 07-0272 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BECKY MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __BECKY MARTINEZ__ , Case No. __MAG. 07-0272__ , Charge __Title 21 USC §§ 846; 841 (a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __    Release on Personal Recognizance

    __X__    Bail Posted in the Sum of $ __100,000.00__

            __X__    Unsecured Appearance Bond

            __  __    Appearance Bond with 10% Deposit

            __  __    Appearance Bond with Surety

            __  __    Corporate Surety Bail Bond

    __X__    (Other) __With pretrial services Supervision of conditions.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 31, 2007__ at __2:40__ pm .

By __Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge